IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| L.M., A MINOR BY AND THROUGH | ) | CASE NO. 3:13-cv–00153-JJH |
| HER MOTHER AND NATURAL | ) | |
| GUARDIAN, KAYLYNE McCONNELL, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)

Now comes plaintiff, by and through her attorneys, and hereby dismisses the above-captioned action pursuant to Fed. R. Civ. 41(a)(1)(A)(i), said dismissal being effected as a matter of right and without prejudice, no answer or motion for summary judgment having been filed by the opposing party.

Respectfully submitted,


/s/ Thomas Mester
Thomas Mester, Esq. (0019042)
NURENBERG, PARIS, HELLER &
McCARTHY CO., L.P.A
1370 Ontario Street, Suite 100
Cleveland, Ohio 44113-1708
(216) 621-2300
Fax: (216) 771-2242
Email: tmester@nphm.com
Email: docket@nphm.com

Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Plaintiff's Notice of Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)(A)(i)** was filed electronically this 4th[th] day of September, 2013. Notice of this filing will be sent electronically to all parties of record by operation of this Court's electronic filing system, and may be accessed through said system.

/s/ Thomas Mester
Thomas Mester, Esq. (0019042)

Attorney for Plaintiff
